UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LEE GIBSON,<br><br>    Plaintiff,<br><br>    v.<br><br>VANJANI, et al.,<br><br>    Defendants. | Case No. 17-cv-01705-EMC<br><br>**ORDER STAYING DISCOVERY AND EXTENDING DEADLINES**<br><br>Docket Nos. 25, 27, 28, 29 |

Defendants have filed a motion for summary judgment in which they assert, among other things, that they are qualifiedly immune from Plaintiff's claims for deliberate indifference to his medical needs. Defendants now move to stay discovery pending resolution of their motion for summary judgment in which they raise a defense of qualified immunity. Upon due consideration, Defendant's motion to stay discovery is **GRANTED**. Docket No. 27. The U.S. Supreme Court has made it abundantly clear that a district court should stay discovery until the threshold question of qualified immunity is settled. *See Crawford-El v. Britton*, 523 U.S. 574, 598 (1998); *Anderson v. Creighton*, 483 U.S. 635, 646 n.6 (1987); *Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982). Because the Supreme Court is so clear on the propriety of a stay, Plaintiff's motion for an extension of the deadline to file his opposition to the motion for a stay is **DENIED**. Docket No. 29. All discovery is **STAYED** until the Court rules on Defendants' motion for summary judgment. This ruling means that Plaintiff must prepare his opposition to Defendants' motion for summary judgment without the benefit of any discovery he has not yet received.

In light of the stay of discovery, Plaintiff's motion for an extension of the deadline to file his reply in support of his motion to compel (which the Court already has denied) is **DENIED**. Docket No. 25.

Plaintiff's motion for an extension of the deadline to file his opposition to Defendants' motion for summary judgment is **GRANTED**. Docket No. 28. No later than **April 27, 2018**, Plaintiff must file and serve on defense counsel his opposition to the motion for summary judgment. No later than **May 11, 2018**, Defendants must file and serve their reply, if any.

**IT IS SO ORDERED**.

Dated: March 19, 2018

_____
EDWARD M. CHEN
United States District Judge